IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CARL SCHMID,                           )
                                       )     CIV. S-03-774 GEB PAN
                 Plaintiff,            )
                                       )
     v.                                )
                                       )     ORDER
COUNTY OF SAN JOAQUIN, BAXTER DUNN,    )
GREGORY BETTI, N. BRAND, TOM           )
SWEESO, JERRY HERZICK, BILL HUGHES,    )
K. WARD, and SARGENT SKAFF,            )
                                       )
                 Defendants.           )
                                       )
```

On June 27, 2005, the parties filed a stipulation which seeks to amend the Status (Pretrial Scheduling) Order. Since the parties agree to having the Rule 16 Order modified and the modification can be granted if the parties' requested dates are changed slightly, the good cause issue is not reached.

Therefore, the Status (Pretrial Scheduling) Order is modified as follows:

(1) All discovery shall be completed by October 31, 2005;

1   (2)  The last hearing date for law and motion is
2   January 9, 2006, at 9:00 a.m.;
3   (3)  The final pretrial conference is set for March 13,
4   2006, at 1:30 p.m.; and
5   (4)  Trial is set to commence June 13, 2006, at 9:00 a.m.
6   IT IS SO ORDERED.
7   Dated:  June 28, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge