OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
DANIEL C. CEDERBORG, CSB #124260
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, BAXTER DUNN,
GREGORY BETTI, NANCY BRAND (erroneously
sued herein as "N. BRAND"), TOM SWEESO,
JERRY HERZICK, BILL HUGHES, KENNETH
WARD (erroneously sued herein as "K. WARD"), and
PATRICIA SKAFF (erroneously sued herein as
"SARGENT SKAFF")

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL SCHMID<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, BAXTER DUNN, GREGORY BETTI, N. BRAND, TOM SWEESO, JERRY HERZICK, BILL HUGHES, K. WARD, and SARGENT SKAFF<br><br>        Defendants. | **CASE NO. CIV.S-03-0774 GEB PAN**<br><br>**NOTICE OF SETTLEMENT AND STIPULATED ORDER VACATING PRETRIAL CONFERENCE**<br><br>**Courtroom:     10**<br>**Pre-Trial Conference: April 10, 2006**<br>**Trial Date: June 13, 2006** |

Plaintiff CARL SCHMID and Defendants COUNTY OF SAN JOAQUIN, BAXTER DUNN, GREGORY BETTI, NANCY BRAND, TOM SWEESO, JERRY HERZICK, BILL HUGHES, KENNETH WARD and PATRICIA SKAFF by and through their respective counsel hereby notify the Court that they have reached agreement as to a settlement of this action.  The parties have agreed on the language of a Stipulation for Settlement and Judgment, an unsigned copy of which is attached as an exhibit to this Notice.  The Stipulation is being circulated for signatures and the only remaining formality is formal approval by the County of San Joaquin

1

Board of Supervisors scheduled for April 11, 2006.  Counsel for the County represents that the Board of Supervisors has previously granted settlement authority in the amount agreed to by the parties in the Stipulation for Settlement and Judgment.  The parties will file the signed Stipulation for Settlement and Judgment for the Court's signature as soon as possible after the formal approval by the County Board of Supervisors.

Because of the settlement, the parties, by and through their counsel respectfully request that the Court vacate the Pretrial Conference in this matter scheduled for April 10, 2006.

SO AGREED.

Dated: March 30, 2006.

                                          OFFICE OF THE COUNTY COUNSEL

                                        BY:   /s/ Daniel C. Cederborg
                                                    DANIEL C. CEDERBORG
                                                    Deputy County Counsel

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, BAXTER DUNN, GREGORY BETTI, NANCY BRAND, TOM SWEESO, JERRY HERZICK, BILL HUGHES, KENNETH WARD and PATRICIA SKAFF

Dated: March 30, 2006.

                                        BY:   /s/ Frear Stephen Schmid
                                                   FREAR STEPHEN SCHMID
                                                   Attorney at Law

Attorney for Plaintiff
CARL SCHMID

**[PROPOSED ORDER ON FOLLOWING PAGE]**

**[PROPOSED] ORDER VACATING PRETRIAL CONFERENCE**

WHEREAS, the parties to this action have reached a settlement in this matter, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Pretrial Conference scheduled in this matter for April 10, 2006 is hereby vacated; and

2. The Parties shall submit their STIPULATION FOR SETTLEMENT AND JUDGMENT to the Court on or before April 28, 2006 or shall show cause by that date to the Court why they have not done so.

SO ORDERED,

Dated: April 4, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge